UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-05-34 LKK

    Plaintiff,

  v.                            O R D E R

JAY B. McCASTLE; and
DAVID T. USSERY,

    Defendants.
_____/

    For the reasons set forth in the Government's response, defendant McCastle's motion to suppress is DENIED as moot.

    IT IS SO ORDERED.

    DATED: February 7, 2006.

                        /s/Lawrence K. Karlton
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT