IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,           No. CR S-05-0034 LKK DAD P

  vs.

JAY B. McCASTLE,

      Movant.             ORDER TO SHOW CAUSE

_____/

      Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On January 31, 2007, respondent filed a motion to dismiss. By order filed January 16, 2007, movant was ordered to file, within thirty days, an opposition to respondent's counter-motion. Movant has not filed an opposition or a procedural motion. Good cause appearing, IT IS HEREBY ORDERED that within twenty days from the date of this order movant shall file and serve an opposition to the motion to dismiss and shall show cause in writing why sanctions should not be imposed for the failure to file a timely opposition.

DATED: March 16, 2007.

                                                        _____
                                                        DALE A. DROZD
                                                       UNITED STATES MAGISTRATE JUDGE

DAD:9
mcca0034.102.osc