IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                    No. CR S-05-0034 LKK DAD P

    vs.

JAY A. MCCASTLE,

    Movant.                      <u>ORDER</u>

        Movant, a federal prisoner proceeding pro se, has requested that this action be dismissed.  Pursuant to Fed. R. Civ. P. 41(a), movant's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: June 26, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
mcca0034.259