UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-05-34 LKK |
| Plaintiff, | |
| v. | O R D E R |
| JAY B. McCASTLE, | |
| Defendant. | |

The court is in receipt of defendant's motion for reduction in sentence.

The motion is DENIED.

IT IS SO ORDERED.

DATED: December 7, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT