IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Respondent, | No. CR S-05-0034 LKK DAD P |
| vs. | |
| JAY A. MCCASTLE, | |
| Movant. | ORDER |
| _____/ | |

On June 27, 2007, the court granted movant's request to voluntarily dismiss his § 2255 motion. The court inadvertently failed to direct the Clerk of the Court to close the companion civil case.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall close case number CIV S-06-2239 LKK DAD P.

DATED: December 10, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
mcca0034.259(2)