# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| **JAY BRIAN McCASTLE** ) | Case No: 2:05CR00034-02 |
| ) | USM No: 15558-097 |
| Date of Previous Judgment: September 12, 2006 ) | David Porter, Assistant Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ✔ the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❒ DENIED.   ✔ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __100__ months **is reduced to** __84 months__ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 24 | Amended Offense Level: | 22 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 100 to 125 months | Amended Guideline Range: | 84 to 105 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

✓ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __09/12/2006__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  04/24/2008

*Lawrence K. Karlton* (signature)
Judge's signature

Effective Date: _____
(if different from order date)

Lawrence K. Karlton, United States District Judge
Printed name and title