Timothy E. Warriner (SB#166128)
Attorney at Law
660 J St., Suite 390
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Jay Brian McCastle

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 05-0034 |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER CONTINUING DATE FOR DISPOSITIONAL HEARING RE TSR VIOLATION |
| JAY BRIAN McCASTLE, | ) |
| Defendant | ) |

    This matter is presently scheduled for a dispositional hearing on July 6, 2011 concerning the defendant's violation of the terms of his supervised release.

    Defense counsel is presently engaged in a murder trial in Sacramento Superior Court (People v. Richard Ramirez, No. 09F04168) which is expected to last through the month of July. In order to afford additional time to review the probation officer's dispositional report, and to respond to the report and recommendation, it is requested that the dispositional hearing be continued to August 2, 2011 at 9:15 a.m. Both counsel stipulate to this continuance, and the probation officer has agreed to the proposed date.

Dated: June 30, 2011      /s/ Timothy E. Warriner, Attorney for Defendant, Jay McCastle

Dated: June 30, 2011      /s/ Todd Pickles, Assistant United States Attorney, for the Government

1

## ORDER

GOOD CAUSE APPEARING and pursuant to the stipulation of the parties, it is hereby ordered that the dispositional hearing now scheduled for July 6, 2011 be continued to August 2, 2011, at 9:15 a.m., and that the July 6 date be vacated.

Dated: July 1, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT